# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                      Case No. 5:04cr13/MCR

VIRGINIA B. MARTINELLI

_____/

**FINAL ORDER OF FORFEITURE AS TO ALL PERSONS AND ENTITIES**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture as to All Persons and Entities. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on July 12, 2004, this Court entered an Order on Motion for Forfeiture of Property as to Virginia Martinelli against the following property:

    A.     **$80,600 (eighty thousand six hundred dollars) in United States Currency**

and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published in The News Herald, a newspaper of general circulation, on October 30, 2004. Such notice informs all third parties of their right to file a petition within sixty (30) days of the final date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**IT IS SO ORDERED** this 22nd day of February, 2010.


                _s/ M. Casey Rodgers_
                **M. CASEY RODGERS**
                **UNITED STATES DISTRICT JUDGE**